**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                              CASE NO. 6:08-CR-230-ORL-19DAB

IDRIS BENHACHOUM
_____

ORDER

     This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 17, filed November 19, 2008) and no objection thereto having been filed, it is **ORDERED:**

     1.    The Report and Recommendation of the United States Magistrate Judge (Doc. No. 17) is **ACCEPTED, AFFIRMED AND ADOPTED.**

     2.    Defendant Idris Benhachoum has entered a plea of guilty to Count One of the Information knowingly, intelligently and voluntarily.  Such plea is accepted, and Defendant is adjudicated guilty of Count One of the Information.

     3.    Ruling on acceptance of the Plea Agreement (Doc. No. 3, filed October 27, 2008) is deferred until the time of sentencing.

     **DONE AND ORDERED** at Orlando, Florida, this ___20th___ day of November, 2008.

**PATRICIA C. FAWSETT, JUDGE**
**UNITED STATES DISTRICT COURT**

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy